UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUDITH ADELA FERNANDEZ MARTINEZ, ON  :   ECF CASE
BEHALF OF HERSELF AND ALL OTHER       :
PERSONS SIMILARLY SITUATED,             :

                   Plaintiffs,   :  No.: 1:25-cv-8283
                         :
         v.                :

ORGANIFI, LLC,               :

                 Defendant.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF SETTLEMENT

To The Honorable Court:

The undersigned represents the Plaintiff in the above-entitled action. The Parties have reached a settlement in principle and the undersigned, with the consent of the Defendant, respectfully requests that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the Parties respectfully request all currently pending deadlines in this action be adjourned *sine die*.

Dated: New York, New York
      January 14, 2026               Respectfully Submitted,

                               **GOTTLIEB & ASSOCIATES PLLC**
                               /s/ Michael A. LaBollita
                               Michael A. LaBollita, Esq.

                               Michael A. LaBollita (ML-9985)
                               Jeffrey M. Gottlieb (JG-7905)
                               Dana L. Gottlieb (DG-6151)
                               GOTTLIEB & ASSOCIATES PLLC
                               150 East 18th Street, Suite PHR
                               New York, New York 10003
                               Tel: 212.228.9795
                               Fax: 212.982.6284
                               Jeffrey@Gottlieb.legal
                               Dana@Gottlieb.legal
                               Michael@Gottlieb.legal
                               *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge